DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Keith L. Mitchell, | ) | |
|     Petitioner-Defendant, | ) | CASE NO. 1:10 CV 2265 |
| | ) | (Criminal Case No. 1:09 CR 256) |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| United States of America, | ) | |
| | ) | |
|     Respondent-Plaintiff. | ) | |
| | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the petition for relief under the provisions of 28 U.S.C. § 2255 is dismissed and the Court finds there is no basis for issuing a Certificate of Appealability.

The clerk is directed to mail a copy of the Memorandum Opinion and this Judgment Entry to the petitioner.  This case is closed.

    IT IS SO ORDERED.

 April 27, 2011                                       */s/ David D. Dowd, Jr.*
Date                                                    David D. Dowd, Jr.
                                                         U.S. District Judge